**ORIGINAL**

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Jon R. Steiger (Bar No. 229814)
jonsteiger@quinnemanuel.com
Rory S. Miller (Bar No. 238780)
rorymiller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Quality Support
Services, LLC

FILED

2009 MAR 18 PM 4: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| QUALITY SUPPORT SERVICES, LLC, a California limited liability company, | CASE NO. SACV 09 - 0342 DOC (AN_x) |
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | **(1) COPYRIGHT INFRINGEMENT;**<br>**(2) BREACH OF CONTRACT** |
| AMERICAN DEBT RELIEF SERVICES, INC., d/b/a FIRST CHOICE DEBT RELIEF, a California corporation; KHOSRAW AKBAR, an individual; SAMAN SALAMIPOUR, an individual; and Does 1-10, inclusive, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

JIS
20

Plaintiff Quality Support Services, LLC ("QSS") complains of Defendants, and each of them, as follows:

### Nature of the Action

1.      This Action seeks relief for the infringement of a valid copyright held by Quality Support Services, LLC ("QSS").  Such infringement arose following a breach by Defendants of a contract for the performance of which QSS was utilizing the copyrighted material to perform.  Following Defendants' total breach and repudiation of the contract, in order to replace the services that had previously been provided by QSS, Defendants made only minor cosmetic alterations to the copyrighted work, and began using it as their own.  Despite being put on notice of their copyright violation, Defendants have refused to halt their willful infringement, and have necessitated the filing of this Action.

### Jurisdiction and Venue

2.      This action arises under the copyright laws of the United States, Title 17 of the *United States Code*.  This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a) and (b).  This Court further has supplemental jurisdiction over Plaintiff's state law causes of action under 28 U.S.C. § 1367, as these causes of action form part of the same case or controversy under Article III of the United States Constitution.  Venue lies in this district pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a).

### Parties

3.      QSS is, and at all times herein mentioned was, a limited liability company organized and existing under the laws of the State of California, with its principal place of business in Orange County, California.

4.      QSS is informed and believes, and on that basis alleges, that Defendant American Debt Relief Services, Inc., d/b/a/ First Choice Debt Relief ("First

1  Choice") is a corporation organized and existing under the laws of the State of

2  California, with its principal place of business in San Francisco County, California.

3       5.      Defendants Khosraw Akbar and Saman Salamipour (also known as

4  "Chris Salamipour") are individuals who are, on information and belief, the

5  principals of First Choice. QSS is informed and believes, and on that basis alleges,

6  that Mr. Akbar and Mr. Salamipour are residents of San Francisco County,

7  California.

8       6.      QSS is unaware of the true names and capacities, whether individual,

9  corporate or otherwise, of defendants Does 1 through 10, inclusive, and therefore

10 sues these defendants by such fictitious names. QSS will seek leave of this Court to

11 amend this Complaint to allege their true names and capacities when the status and

12 identity of these defendants are ascertained. The Doe defendants include persons

13 and entities assisting or acting in concert with First Choice in connection with the

14 acts complained of herein.

15                          **Background Facts**

16      7.      QSS is one of the premier providers of account management and debt

17 settlement services in the United States. QSS's particular focus is not upon direct

18 solicitation of clients in need of debt settlement, but rather on providing account

19 management and negotiation support and services as an independent contractor to

20 various other businesses, referred to in the industry as "Debt Settlement Companies"

21 or "DSCs," that solicit and are ultimately responsible for and to individual clients.

22      8.      QSS provides a comprehensive support package to DSCs, including not

23 only account management support and negotiation services with the DSCs' clients'

24 creditors, but also marketing, customer service and administrative support.

25      9.      As part of this support, QSS employs a suite of copyrighted customer

26 service materials that can be provided to the clients of DSCs that have contracted for

27 QSS's services. These materials include, but are not limited to, a document

28 officially titled the "2008 Welcome Packet," (the "Welcome Packet"). QSS directly

-2-

uses these copyrighted materials as part of its provision of services under its contracts with DSCs, and does not grant licenses or other rights in the Welcome Packet or its other copyrighted materials to the DSCs.

10.     QSS has registered the 2008 Welcome Packet as a text compilation with the Copyright Office of the United States of America. A true and correct copy of the Certificate of Registration, No. TX 6-895-348, is attached as Exhibit A and, by this reference, is incorporated herein as though set forth at length.

11.     Defendant First Choice is one of many such DSCs that have contracted with QSS for its services. A true and correct copy of the contract (the "Service Contract") between QSS and First Choice is attached as Exhibit B and, by this reference, is incorporated herein as though set forth at length.

12.     The Service Contract was entered into on March 5, 2008, with an initial term of two years. The Service Contract provides that, during this initial term, First Choice will exclusively utilize QSS for all of its account management and debt settlement negotiations.

13.     At all times, QSS has performed its obligations under the Service Contract. Nevertheless, beginning at some point prior to January 15, 2009, First Choice breached this provision by failing to exclusively utilize QSS for its account management and debt negotiation needs.

14.     In addition to discovering this breach of the Service Agreement, QSS discovered that First Choice had, without permission, taken the copyrighted QSS Welcome Packet and had begun distributing it in connection with these other contractors. Apart from minor cosmetic changes, the only substantive alteration was to remove the contact information for QSS LLC. A true and correct copy of the Welcome Packet is attached as Exhibit C and incorporated herein by reference as though set forth at length. A true and correct copy of at least one version of First Choice's infringing copy of the Welcome Packet is attached as Exhibit D and incorporated herein by reference as though set forth at length.

15.    Upon discovering First Choice's copyright infringement, QSS, through counsel, contacted First Choice, via Mr. Akbar and Mr. Salamipour, regarding the infringing materials.  A true and correct copy of QSS's letter to First Choice is attached as Exhibit E and incorporated herein by reference as though set forth at length.  Defendants have utterly ignored this letter from QSS and, despite being on notice of QSS's intellectual property rights, Defendants continue distribution of First Choice materials infringing on the Welcome Packet copyright.

## FIRST CAUSE OF ACTION

### (Copyright Infringement—17 U.S.C. § 106 *et seq.*)

16.    QSS incorporates herein by reference the allegations set forth in paragraphs 1 to 15 above, as though set forth in full herein at this point.

17.    Defendants have reproduced, displayed and distributed, and are continuing to reproduce, display and distribute copies of QSS's copyrighted Welcome Packet.  Defendants' use of QSS's copyrighted Welcome Packet is and has been made without QSS's consent and for commercial purposes.  Accordingly, Defendants have infringed QSS's copyright in the Welcome Packet.

18.    QSS has suffered serious injury as a result of the foregoing infringements of its copyright.  In addition, QSS will continue to suffer serious injury if Defendants and their agents, servants, and employees, and all persons acting thereunder, in concert therewith or on their behalf, are not enjoined from reproducing, distributing, displaying or otherwise using the Welcome Packet.  QSS has no adequate remedy at law for Defendants' continuing acts of infringement.  QSS is, therefore, entitled to a preliminary and permanent injunction enjoining Defendants' acts of infringement, and to recover its costs and reasonable attorneys' fees from Defendants pursuant to 17 U.S.C. § 505, in addition to its lost profits and actual damages or statutory damages for willful infringement.

## SECOND CAUSE OF ACTION

### (Breach of Contract)

19.    QSS incorporates herein by reference the allegations set forth in paragraphs 1 to 18 above, as though set forth in full herein at this point.

20.    First Choice has repeatedly and persistently breached the Service Contract by not only violating the exclusive dealing clause, but by ceasing any use of QSS's services, despite the Service Contract remaining in full force and effect.

21.    QSS has performed all covenants, conditions, and obligations required to be performed on its part under the terms of the Service Contract, except for those covenants, conditions and obligations that it has been prevented or excused from performing by First Choice's ongoing and total breach.

22.    As a direct and proximate result of First Choice's breach, QSS has been damaged in an amount which is not as yet fully ascertained, according to proof at trial.

### PRAYER FOR RELIEF

WHEREFORE, QSS prays for judgment in its favor and against each Defendant as follows:

#### On the First Cause of Action:

1.    That, pursuant to 17 U.S.C. § 502, Defendants, as well as all persons acting under the direction, control, permission, or authority of Defendants, or any of them, and all persons acting in concert therewith, be enjoined during the pendency of this action, and permanently thereafter, from displaying, marketing, distributing, advertising, offering to sell, transferring or committing any other act of infringement of QSS's copyright in the Welcome Packet;

2.    That, pursuant to 17 U.S.C. §§ 503(b) and 509, all displays, facsimiles, copies, replicas, reproductions, and brochures in the Defendants' possession, custody or control, containing the copyrighted material in the Welcome Packet, as well as all devices used for assembling or reproducing the aforesaid

1  items, be ordered delivered up for destruction or seized and forfeited to the United

2  States;

3         3.     That Defendants pay QSS the full costs of this action and QSS's

4  reasonable attorneys' fees pursuant to 17 U.S.C. § 505; and

5         4.     That QSS recover its actual damages and Defendants' profits or,

6  in the alternative, that QSS recover $150,000 in statutory damages for willful

7  infringement pursuant to 17 U.S.C. § 504.

8  **On the Second Cause of Action:**

9         1.     That QSS recover compensatory damages in an amount to be

10 proved at trial.

11 **On All Causes of Action:**

12        1.     That QSS recover costs and other expenses of suit incurred

13 herein according to proof;

14        2.     That QSS recover an award of pre-judgment and post-judgment

15 interest at the maximum legal rate; and

16        3.     That QSS receive such other and further relief as the Court

17 deems just and proper under the circumstances.

18

19 DATED:  March 18, 2009            QUINN EMANUEL URQUHART OLIVER &
20                                   HEDGES, LLP

21                                   By _____ /For

22                                   Jon R. Steiger
                                     Attorneys for Plaintiff Quality Support
23                                   Services, LLC

24

25

26

27

28

22628/2835170.1

-6-

1

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial pursuant to Rule 38(b) of the *Federal Rules of Civil Procedure.*

DATED:  March 18, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____ / FOR

Jon Steiger
Attorneys for Plaintiff Quality Support Services, LLC

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND BREACH OF CONTRACT

**Exhibit A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-895-348

**Effective date of registration:**

February 10, 2009

## Title

**Title of Work:** 2008 Welcome Packet

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** May 1, 2008     **Nation of 1st Publication:** United States

## Author

■ **Author:** Quality Support Services LLC

**Author Created:** text, compilation

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Quality Support Services LLC

600 Anton Boulevard, 19th Floor, Costa Mesa, CA, 92626

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** text, compilation

## Certification

**Name:** Jennifer Arterburn

**Date:** February 5, 2009

**Correspondence:** Yes

# Exhibit B

## SUPPORT SERVICES AGREEMENT

THIS SUPPORT SERVICES AGREEMENT ("Agreement"), effective as of [March 3rd 2008], is entered into by and between Quality Support Services, LLC, a California limited liability company ("QSS"), and ("Company"), American Debt Relief an corporation.

PREAMBLE:

Company markets, sells and provides debt settlement programs to its clients (the "Clients") under the terms and conditions of debt settlement agreements (the "Client Agreements").

QSS provides account management and debt settlement services to debt settlement companies and does not offer debt settlement programs to consumers.

Company desires to retain QSS as an independent contractor to provide account management and debt settlement negotiation services for its Clients.

QSS is willing to provide account management and debt settlement services to the Clients on behalf of Company in accordance with the terms of this Agreement.

In consideration of the mutual covenants and agreements hereinafter set forth, the parties agree as follows:

1.   Duties of QSS.

a.   Appointment. During the term of this Agreement, Company shall utilize QSS on an exclusive basis to provide account management and debt settlement services to Company for all Clients who enter into a Client Agreement during the term of this agreement. This appointment and the provision of Services by QSS do not create any relationship between Client and QSS. The Clients remain the responsibility of Company.

b.   Services. QSS shall perform the services set forth in Exhibit A to this Agreement ("Services"). In the event of any conflict between the terms of this Agreement and the provisions contained in Exhibit A, the Exhibit A shall control.

c.   Performance. All Services shall be performed at QSS' facilities or such other locations as QSS shall determine from time to time. All Services are performed on an "AS IS" basis without any warranty whatsoever, except for QSS' contractual commitments hereunder. QSS EXPRESSLY DISCLAIMS ANY WARRANTY WITH RESPECT TO THE RESULTS OF THE SERVICES, AND DISCLAIMS ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT OF SUCH SERVICES AND ANY COMPANY WORK PRODUCT.

d.   Persons Providing Services. QSS may use subcontractors or other third parties to perform certain aspects of the Services (collectively, "Subcontractors"). With respect to any Subcontractors, QSS shall be responsible for: (i) payment of all salaries or other compensation or expenses payable or reimbursable to such Subcontractors; (ii) effecting any necessary payroll tax withholding; (iii) and their performance of the Services.

2.   Compensation Amount and Payment.

a.   Support Fee. For the Services provided under this Agreement, QSS shall be entitled to a fee (the "Support Fee"), payable weekly during the term of this Agreement. The Support Fee shall be an amount equal to Fifty (50%) of the service fee revenues of Company collected under the Client Agreements of the clients serviced by QSS. QSS shall be entitled to withdraw the Support Fee from the depository account established in accordance with Section 2b.

b   Depository Account. Company will advise and direct its Clients to establish one or more depository accounts (the "Accounts") selected by Client. Such Accounts shall be established by Clients and maintained at a bank, escrow company, trust account or other financial institution or

service company, which QSS may designate as preferred providers. The depository account will be for the sole benefit of Client and Client shall be responsible for all charges associated with the Accounts. Company will direct its Clients to authorize QSS to make withdrawals from the Accounts to pay the Support Fee and to utilize funds deposited into the Accounts to effectuate the settlement of negotiated debts, as approved by Clients. QSS assume no responsibility and specifically disclaims any responsibility for the disbursement of funds.

3.   Term/Termination.

a.   Initial Term. The term of Services under this Agreement shall commence on the effective date and shall continue for a period of two (2) years, or until this Agreement is earlier terminated in the manner hereinafter provided.

b.   Renewal. The parties hereto agree to automatic renewals of this Agreement of one (1) year terms unless at least ninety (90) days before the termination of the initial term, or any renewal period, either party notifies the other in writing they do not desire to continue this Agreement.

c.   Early Termination by QSS with Cause. This Agreement may be immediately terminated by QSS with cause upon the occurrence of any of the following events:

> i)   Upon the filing of a bankruptcy, the assignment for the benefit of creditors, or failure of Company to pay its debts when due; or

> ii)   Upon the Company's violation, or allegation of violations, of any law or regulation governing its business; or

> iii)   Upon discovery that Company has damaged or injured QSS' property, business or goodwill; or breached any material term or provision of this Agreement, and such breach is not cured by Company within thirty (30) days of having received written notice of such breach; or

> iv)   The number or nature of Client complaints received by QSS against Company, in QSS' sole discretion, are excessive, above normal or inappropriate; or

> v)   Company is subject to any regulatory investigation or allegation by any government agency of violation of rule or law.

d.   Early Termination by Company with Cause. This Agreement may be terminated by Company with cause upon the breach of any material term or provision of this Agreement by QSS which is not cured by QSS within thirty (30) days of having received written notice of such breach.

e.   Effect of Termination. In the event of the termination of this Agreement pursuant to this Section 3, QSS shall be entitled to all compensation earned by it prior to the date of termination, computed pro-rata up to and accrued through the effective termination date. In the event QSS terminates this Agreement with cause, QSS may recover any and all damages that may be sustained along with its reasonable attorneys' fees and costs relating to any activities of Company that resulted in termination or were a consequence thereof. Company expressly waives its right to assert any claim for costs or attorneys fees against QSS for any reason.

4.   Obligations.

Promotion. Company will not make any false or misleading statements in its marketing materials, scripts, or advertisements or violate Section 5(a) of the Federal Trade Commission Act. Company will not make any representations or statements related to the debt settlement services provided by QSS that are not completely true and accurate.

Enrollment Procedures. Company shall ensure that each client it refers to QSS has been qualified according to Program Standards and Index Reference Standards, as modified from time to time, to Company and that such Client has properly and fully completed all required enrollment forms prior to forwarding to QSS for processing. If Company fails

properly qualify and enroll Clients after one warning, such continued failure is a material breach of this Agreement.

Refunds. If during the performance of the Services the Client requests a refund and QSS makes a determination, in its sole and absolute discretion, that a refund (full or partial) is appropriate, Company and QSS will split the cost of the refund based upon service fee split percentages, for the duration of the program. Refunds will be processed via designated preferred provider (Bank, Escrow Company, Trust Account, etc.).

Indemnity. Company shall indemnify and hold QSS harmless from all liabilities, losses, claims and expenses, including reasonable attorneys' fees and costs, arising out of or related to (i) the marketing and sales activities of Company, (ii) this Agreement, including the breach by Company of this Agreement, or (iii) any error or omission by Company.

5. Confidentiality.

a. Proprietary Information. QSS understands that Company possesses and will possess proprietary and confidential information that is important to its business, particularly information related to its Clients. Company acknowledges that QSS possesses proprietary and confidential information that is important to its business; particularly account management processes and debt settlement techniques. For purposes of this Agreement, "Proprietary Information" is all information that is disclosed or that was or will be learned by each party from the disclosing party, treated as confidential by the disclosing party and has commercial value in business. Proprietary Information includes, but is not limited to, information (and all tangible items in any form incorporating, embodying or containing information) relating to all Client lists or other compilations containing Client information, business methods and procedures, account management processes, debt negotiation techniques, forms, lead generation sources or methods, marketing information, and third-party vendors and relationships. Proprietary Information does not include information that (i) is in the public domain through lawful means that is not the result of any act or omission in breach of the obligations hereunder, or (ii) is or becomes known to the receiving party (other than in connection with this Agreement) without restriction on use or disclosure at or subsequent to the time of disclosure

b. Non-Disclosure of Company Information. Each party will not, without the prior written consent of an authorized officer of the disclosing party, (i) use or disclose any Proprietary Information, or (ii) deliver any Proprietary Information to any person or entity outside the performance of this Agreement. Notwithstanding the foregoing, QSS may use the Proprietary Information and disclose and deliver Proprietary Information to QSS' employees, agents and Subcontractors who have a need to know, provided such persons or entities have previously agreed to protect the third-party proprietary information received by QSS as may be necessary and appropriate in the ordinary course of performing the Services.

c. Return of Company Proprietary Information. Each party agrees that following payment of all Support Fees accrued hereunder and upon termination of this Agreement for any reason, each party shall deliver to the disclosing party all Proprietary Information that had been provided by the disclosing party or all copies thereof. Company acknowledges that in the performance of the Services, QSS will generate internal data related to the Clients. This information is proprietary to QSS and Company has no right to this information on termination. QSS will not use this information for any purpose except for providing the Services.

d. Non-Solicitation by Company. Company acknowledges that it, during the course of this Agreement, will become aware of and learn trade secrets and processes developed and utilized by QSS to fulfill its obligations in providing Services. In order to protect these trade secrets and proprietary confidential information, Company covenants and agrees that for a period of two (2) years following the termination hereof, it will not solicit, hire or otherwise retain the services of any employee, agent, contractor, vendor, providers or service personnel of QSS and it agrees that it will not encourage or induce any such persons to terminate their relationships with QSS. Further, Company will not conduct business with any third party QSS has introduced or contracted with through the association with QSS.

6.  Independent Contractor.  The parties agree that QSS is an independent contractor in the performance of the Services.  The Company shall take no deductions from any compensation paid to QSS for taxes or related payroll deductions, and QSS agrees to file all such forms and pay all such taxes as may be required by virtue of QSS' status as an independent contractor.  Nothing herein or in the performance hereof shall imply a joint venture or principal and agent relationship between the parties.  Neither party shall have any right, power or authority to create any obligation, express or implied, on behalf of the other.

7.  Limit of Liability.  NOTWITHSTANDING ANYTHING ELSE IN THIS AGREEMENT OR OTHERWISE, QSS SHALL NOT BE LIABLE WITH RESPECT TO ANY SUBJECT MATTER OF THIS AGREEMENT UNDER ANY CONTRACT, NEGLIGENCE, STRICT LIABILITY OR OTHER LEGAL OR EQUITABLE THEORY FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES.  IN NO EVENT SHALL QSS' LIABILITY HEREUNDER EXCEED THE TOTAL COMPENSATION PAID TO QSS BY THE COMPANY FOR THE SERVICES FOR WHICH SUCH LIABILITY OR DAMAGES ARE ASSERTED.

8.  Attorney-in-Fact.  Company hereby constitutes and appoints QSS for the term hereof as its true and lawful attorney-in-fact to collect in the name of Company and on its behalf of the Service Fees resulting from or relating to the Company's provision of Services to Company's customers for which QSS is providing Services under this Agreement.

9.  Compliance.  Company warrants and represents to QSS that it will comply with all laws and regulations concerning the marketing and selling of debt settlement programs and its operations.  Company agrees to indemnify and hold QSS and its officers, directors and employees harmless from any loss, costs, damage or other expense, including attorneys' fees incurred as a result of a breach of any its activities, obligations, warranties, agreements or representations contained in this Agreement.

10.  Miscellaneous.

a.  Governing Law.  Any dispute in the meaning, effect or validity of this Agreement shall be resolved in accordance with the laws of the State of California without regard to the conflict of laws provisions thereof.  THE SOLE JURISDICTION AND VENUE FOR ACTIONS RELATED TO THE SUBJECT MATTER OF THE AGREEMENT SHALL BE ORANGE COUNTY, CALIFORNIA, AND BOTH PARTIES HEREBY CONSENT TO SUCH JURISDICTION AND VENUE AND WAIVE ALL OBJECTIONS THERETO.  If any provision of this Agreement is held to be illegal or unenforceable, such provision shall be limited or excluded from this Agreement to the minimum extent required, and the balance of the Agreement shall be interpreted as if such provision was so limited or excluded and shall be enforceable in accordance with its terms.

b.  Compliance with Law.  Each of the parties hereto shall comply with all applicable federal and state laws, regulations, judicial actions, government orders and requests, as now or as may become effective during the term of this Agreement.

c.  Assignment.  Except as provided in Section 1d, neither party shall assign its rights and obligations hereunder, or any portion thereof, without the prior written consent of the other party.

d.  Entire Agreement/Modifications/Waivers.  This Agreement (together with all attached exhibits) contains the entire understanding of the parties regarding its subject matter.  This Agreement may only be modified by a subsequent written agreement executed by authorized representatives of both parties.  No waiver of any provision of this Agreement shall be effective, except pursuant to a written instrument signed by the party waiving compliance, and any such waiver shall be effective only in the specific instance and for the specific purpose stated in such writing.

e.  Notices.  All notices required or given under this Agreement shall be addressed to the parties at the addresses set forth on the signature page of this Agreement (or such other address as may be provided by written notice in accordance with this Section 10e.) and shall be deemed given upon receipt (or, if not received sooner, three (3) days after deposit in the U.S. mails) when delivered by registered mail, postage prepaid, return receipt requested, by facsimile (with a confirmation copy sent by registered mail) or by commercial overnight delivery service with tracking capabilities.

f.   Remedies.  The remedies under this Agreement are cumulative and shall not exclude any other remedy to which any person may be entitled lawfully.  The parties each agree that a violation by them of any of the covenants set forth in Section 5 will cause irreparable harm and damage to the other, the amount of which will be impossible to ascertain, and for that reason the parties agree that each shall be entitled to an injunction from any court of competent jurisdiction restraining any violation of any or all of said covenants by the other (either directly or indirectly) and such right to injunction shall be cumulative and in addition to whatever other remedies the parties may have.  If any portion of the covenant set forth in Section 5 are held to be against public policy or unreasonable, then such restraints which are determined to be reasonable and not against public policy may be enforced.

g.   Parties in Interest.  Nothing in this Agreement shall (a) confer any right or remedy under or by reason of this Agreement on any person or entity other than the parties to this Agreement and their respective permitted successors and assigns, (b) relieve or discharge the obligation or liability of any third person to any party to this Agreement, or (c) give any third person any right of subrogation or action over or against any party to this Agreement.

h.   Survival.  The provisions of this Agreement that may be reasonably interpreted as surviving its termination, including the applicable provisions of Sections 2, 4, 5, 7, 9 and 10 shall continue in effect after termination of this Agreement.  QSS is entitled to communicate QSS' obligations under this Agreement to any future Client or potential Client of QSS.

i.   Counterparts.  This Agreement may be executed in one or more counterparts, each of which shall be an original, and all of which together shall constitute one and the same instrument.

j.   Compliance with Law.   Notwithstanding anything to the contrary in this Agreement, the obligations of QSS pursuant to this Agreement shall be subject to any limitations or restrictions which may be imposed by law or regulation, and QSS may suspend any or all obligations hereunder in the event that it reasonably determines, upon advice of counsel, that the performance of any obligation pursuant to this Agreement may contravene applicable law or regulation, the effect of which would be to have a material adverse effect on the business, financial condition, or operations of QSS or any affiliate.

WHEREOF, the parties hereto have signed this Agreement on the date first written above, and each of the individuals signing below warrants that such individual has the authority to sign for and on behalf of the respective parties.

QUALITY SUPPORT SERVICES, LLC,
A California Corporation

BY:

Name:  Carlos Lopez          Title:  Partner

BY:

Name:  Khosraw Abbae         Title:  President
Address:  181 California St #2450
          San Francisco, CA 94111
          American Debt Relief Services, Inc

## EXHIBIT A

**Quality Support Services will provide Company with the following listed Services:**

1. **Compliance Department.** Will receive and evaluate all files submitted for enrollment. Verification process will be provided to verify accuracy of client's documents and program debt. Compliance Department will ensure that all files meet appropriate legal and company guidelines.

2. **Billing Department.** Will enter client information into our data base. Processing will set up client in a third party the Trust Account with contracted drafting service. Processing will maintain records and perform service in accordance with the following items:

   a) Date Change Notifications
   b) NSF Fees
   c) Fee Reschedules
   d) Client Cancellations
   e) Client Refunds

3. **Accounting.** Accounting Department will track client payments. Perform client accounting - AR based. Track billing department's data entries. No A/P or corporate financial accounting will be performed for Company. No financial analysis will be performed for Company.

4. **Client Services.** Provide quality customer service for Company. Maintain lines of communication with Company and Company's Clients. Communication will be through e-mail, telephone and correspondence. Perform 15, 45 and 72-day follow-up calls to clients. Maintain a positive communication link with clients.

5. **Negotiations.** Notifying clients of any and all settlement offers. Maintain a positive working relationship with creditors and collection agencies in order to maximize settlement capabilities. Interface with drafting Company services for client settlement notifications and payments of such settlements.

6. **General Administration.** Manage correspondence in reference to Company's clients, accounts, log and/or file such information. Maintain correspondence with Company concerning Company's client accounts, data and fee payments.

B/QUALITY/38815/AGMTS/Support Services Agreement 080307.doc

# Exhibit C

January 9, 2009

Client Account #

Re: Welcome Packet

Dear        ,

Congratulations! We have reviewed your file and accepted you into our Debt Settlement Program.  It is extremely important for you to understand that this program will not work without your patience and full cooperation.  During the negotiation process it is important that you respond to any proposals and/or requests that we may ask for, as quickly as possible.

**Client Communication**

is available to assist you with any questions Monday through Friday, 7:00am to 5:00pm Pacific Standard Time.  We have included a list of questions frequently asked regarding the Debt Settlement Program.  If you have specific questions regarding your case, feel free to contact our Client Services Dept. at 1- or e-mail us at                                (Please be sure to include your full name and address on any e-mail requests).  Client Services will handle all details of your account throughout the program and should be your main point of contact. As you receive communication in the mail other than statements from your creditors FAX those documents to us toll free at                    .  In order for         to assist you throughout the program, be sure to inform us of any changes to your contact information such as e-mail address, home phone number, cell phone number, work phone number and home address.  We will often communicate information using email, phone and mailings.  So remember, it is important to update us throughout the program.

**Creditor Communication**

If you receive a call from a creditor or collection agency, write the details of the call on the Call Log we have included in this packet.  Please be aware that you should not attempt to negotiate directly with your creditor or their representative.  There is also no need to engage in any arguments or discussions with any creditor or collection agency that calls you.

A great deal of time and effort has been put into determining an affordable monthly payment to deposit into your Special Purpose Account. Therefore, it is imperative that you make the appropriate funds available in your account on the day we have agreed to transfer funds from your account to your Special Purpose Account.  Failure to make these funds available as agreed may result in termination of your account with

You will find the following enclosures in this packet:

1.  Sample Letter To Close a Credit Account
2.  Payment Schedule
3.  Fund Transfer Schedule
4.  Schedule Program Of Debt
5.  Income & Expense Worksheet
6.  Call Log
7.  $50.00 Referral Bonus
8.  Violations of the Debt Collection Practices Act
9.  How To Handle Communications With Debt Collectors
10. Harassment Letter to Creditor
11. Harassment Letter to 3rd Party Collectors
12. Frequently Asked Questions

Please read through this packet thoroughly and contact us with any questions you may have.  Following the procedures we have outlined for you will assist in expediting the process. We look forward to negotiating and settling your debt on your behalf.

*Remember this is the number you give to your CREDITORS                    and this is the number you would use to reach CLIENT SERVICES                    .

Sincerely,

Compliance Department

# CLIENT PAYMENT CONFIRMATION

**Client:**                                              **Client Account #:** _____
**Date:**
**Account Name:**
**Address:**
**City, State, Zip:**

**Bank Name:**
**Type Of Account:**
**ABA Routing #:**
**Account #:**

|  | Date | Payment Amount | Service Fee |
|---|---|---|---|
| **1st Down Payment:** | | | |
| **2nd Down Payment:** | | | |
| **3rd Down Payment:** | | | |
| **1st Monthly Payment:** | | | |
| **Service Fee Period:** | | | |
| **Total Program Period:** | | | |

---

**Please Note**

Service Fee is included in Payment Amount

The payments listed above were agreed upon during your Compliance Call with
The service fee amounts will be withdrawn from your Checking/Savings account on the dates provided
above. The monthly service fee will be withdrawn for the period indicated, beginning on the 1st
Monthly Payment date, and then monthly thereafter.

This is a courtesy reminder to assist you in preparing for the electronic fund transfer that will begin on
the dates listed above.  If you should have any questions, please feel free to contact the Customer
Serivce Dept. at _ _ _  _ _ _  _ _ _ _.

## *PAYMENT SCHEDULE*

*Client Name:* _____     *Account #:* _____

Total Program Debt: [____]     [____]

Estimated Settlement
to Creditors: [____]     [____]

Service Fees: [____]     [____]

Total Settlement
Including Fees: [____]     [____]

Down Payment: [____]     [____]  Div. 3= _____

Remaining Balance
of Fees: [____]     [____]

Finance of Fees:
Months (8/10/12) : [____]     [____]

Balance Needed for Settlement: [____]     [____]

Monthly Payment: [____]     [____]

Total Months to be Debt Free: [____]     [____]     Down Payment Addition
                                                    Plus 3 _____

## *FUND TRANSFER SCHEDULE*

*Client Name:* _____   _____  *Account #:* _____

| Payment Date | Payment Type | Payment Amount | Service Fee | Settlement Funds | Accumulated Funds |
|---|---|---|---|---|---|
| 7/28/2008 | Down Payment | | | | |
| 8/28/2008 | Down Payment | | | | |
| 9/28/2008 | Down Payment | | | | |
| 10/28/2008 | Monthly | | | | |
| 11/28/2008 | Monthly | | | | |
| 12/28/2008 | Monthly | | | | |
| 1/28/2009 | Monthly | | | | |
| 2/28/2009 | Monthly | | | | |
| 3/28/2009 | Monthly | | | | |
| 4/28/2009 | Monthly | | | | |
| 5/28/2009 | Monthly | | | | |
| 6/28/2009 | Monthly | | | | |
| 7/28/2009 | Monthly | | | | |
| 8/28/2009 | Monthly | | | | |
| 9/28/2009 | Monthly | | | | |
| 10/28/2009 | Monthly | | | | |
| 11/28/2009 | Monthly | | | | |
| 12/28/2009 | Monthly | | | | |
| 1/28/2010 | Monthly | | | | |
| 2/28/2010 | Monthly | | | | |
| 3/28/2010 | Monthly | | | | |
| 4/28/2010 | Monthly | | | | |
| 5/28/2010 | Monthly | | | | |
| 6/28/2010 | Monthly | | | | |
| 7/28/2010 | Monthly | | | | |
| 8/28/2010 | Monthly | | | | |
| 9/28/2010 | Monthly | | | | |
| 10/28/2010 | Monthly | | | | |
| 11/28/2010 | Monthly | | | | |
| 12/28/2010 | Monthly | | | | |
| 1/28/2011 | Monthly | | | | |

## *SCHEDULE PROGRAM OF DEBT*

**Client Name:** _____    **Account #:** _____

| Creditor | Account Number | Amount Owed | Statement Date |
|----------|----------------|-------------|----------------|

**TOTAL PROGRAM DEBT**

# <u>Important Information Regarding Your Program</u>

## Please read immediately:

All credit accounts included in your Debt Settlement Program **<u>must be closed within 30 days of receipt of this Welcome Packet</u>**, if you have not already done so.

**It is very important that the Income and Expense Worksheet located in your Welcome Packet is completed and returned to Client Services Department within 5 business days of receiving the Welcome Packet. Fax this document to Client Services Department at                    or email it to**

If you have any questions regarding your account, the **Client Services Department can be reached at** . . .  . .  . . . .

Thank you,

Compliance Department

<u>SAMPLE LETTER TO CLOSE CREDIT ACCOUNT</u>

**Instructions:** Use this letter as an example for writing your own letter to your debt collectors/creditor. **BE SURE TO KEEP A COPY OF ANY LETTER YOU SEND TO A COLLECTION AGENCY/CREDITOR.**

Current Date

Your Name
Address
City, State, Zip

Collection Agency/Creditor Name
Address
City, State, Zip

Dear Sir or Madam:

I am writing to ask that you close my account (<u>enter account number here</u>).

**Use this paragraph to explain your hardship (Expand on your hardship)and the reason why you can't make payments right now.**

Sincerely,

(Sign your name here)

Type your name here

# INCOME AND EXPENSE WORKSHEET

Client's Name: _____

Spouse's Name:_____

Client Account # : _____

| | |
|---|---|
| Combined Household Net Income: | $ _____ |
| Other Income (Including Alimony or Child Support): | $ _____ |
| **TOTAL INCOME:** | $ _____ |

Please include all expenses as accurately as possible. The provided information will be used to calculate a budget for your household.

## COST OF LIVING / INCOMING BILLS

| | |
|---|---|
| Food (Home, Work, School, Etc.): | $ _____ |
| Household Items: | $ _____ |
| Clothing: | $ _____ |
| Laundry Dry Cleaning: | $ _____ |
| Utilities (Electric, Gas, Water, Thrash, Etc.): | $ _____ |
| Telephone (Cell, Pager, Internet): | $ _____ |
| Auto Gas and Maintenance: | $ _____ |
| Auto Insurance: | $ _____ |
| Auto Loans / Lease | $ _____ |
| Education (Tuition, School Supplies): | $ _____ |
| Home Owner's / Renters Insurance | $ _____ |
| Life Insurance: | $ _____ |
| Medical Care (Insurance, Doctors, Prescriptions, Dentist): | $ _____ |
| Entertainment: | $ _____ |
| Children's Activities: | $ _____ |
| Child Care / Child Support / Alimony: | $ _____ |
| Cable TV / Satellite: | $ _____ |
| Personal Care (Hair Cut, Nails, Vitamins, Etc.): | $ _____ |
| Gift / Contributions / Donations: | $ _____ |
| Mortgages 1st and or 2nd / Rent (Include Trailer Space): | $ _____ |
| Student Loans / Back Taxes: | $ _____ |
| Misc. Other: | $ _____ |

**TOTAL:**                                                    $ _____

**Customer Comments:** _____

_____

_____

_____

# $50 REFERRAL BONUS

**Do you know someone who needs Debt Settlement?**

Earn $50.00 simply by referring them to

**Here's how:**

1. Complete this form
2. Fax it to
3. Referral will be contacted by your Analyst within 24 hours
4. If your referral enrolls,                              will mail you a check for $50.00

**Referral Information:**

First Name: _____          Last Name: _____

Day Time Phone: _____      Evening Phone: _____

Other Phone: _____         E-mail: _____

Best Time to call (PST): _____       Debt Owed: _____

**Your Information:**

First Name: _____          Last Name: _____

Address: _____             Phone # : _____
_____

**(* The check will be payable and mailed using the information above, after referred client successfully makes first payment.)**

## Internal Use Only

Debt Analyst: _____         Date Sent: _____

Fax: _____                  Time Sent: _____

Date Complied: _____        First Payment: _____

Phone :

# CALL LOG

CLIENTS NAME: _____

ACCOUNT # : _____

If you should receive a call from a creditor or collector on any of your accounts that we have been retained to settle, please log the details of each call below. Keep this page with your file, as we will occasionally request you to fax this to keep your file updated.

| Date | Time | Company Name | Person | Account # | Phone Number | Description of Conversation |
|------|------|--------------|--------|-----------|--------------|----------------------------|
|      |      |              |        |           |              |                            |
|      |      |              |        |           |              |                            |
|      |      |              |        |           |              |                            |
|      |      |              |        |           |              |                            |
|      |      |              |        |           |              |                            |
|      |      |              |        |           |              |                            |
|      |      |              |        |           |              |                            |
|      |      |              |        |           |              |                            |
|      |      |              |        |           |              |                            |
|      |      |              |        |           |              |                            |
|      |      |              |        |           |              |                            |
|      |      |              |        |           |              |                            |

Date:

Agency:

Address:

Account No.:

To Whom It May Concern:

I have received numerous harassing, rude, and abusive phone calls. The callers have been threatening to me or my family members. I have learned that these calls are in violation of the state of _____ and federal telephone harassment laws, including Section 223 of Title 47 of the United States Code.

It is actually a criminal as well as civil offense to make repeated harassing calls to me at home or work. I realize that my creditors have the right to contact me to inquire about the status of my account, but they must do so in a decent and civilized manner. This does not apply to friends or family members. You may no longer contact my relatives, friends, or anyone at my place of employment. Please remove any contact information you have in your databases regarding these people at once.

**I have learned about the difference between a "collector" and a "creditor." Creditors have the right to call and inquire, they do <u>not</u> have the right to harass and abuse. And they do not have the right to contact my place of employment, family, or friends now that I am specifically stating this in writing. The fact that you start with a business purpose does not protect you from telephone harassment laws if you do not conduct yourself in a professional manner.**

Since I have already told you that I do not have the means to pay all of my obligations, it is abusive for you to call me repeatedly. If I started the day without the money to pay whatever may be due to the bank, it's not likely I'm going to have it by mid-afternoon. And if you called me twice yesterday, you know that I won't have the money today. You are simply harassing me.

**Enough is enough. Do not call me more than once a week. Do not call my friends, family or my place of employment.** I am keeping a log of your calls. If you continue to annoy, abuse, and harass me I will report you to the authorities, including the Office of the Comptroller of Currency, the Federal Reserve Board, and the State Attorney General.

Sincerely,

Date:


Account No.:

To Whom It May Concern:

In response to your letter dated _____, I am aware that my account is now being handled by a third-party agency. I have some concerns that must be addressed.

First, and foremost, I have been receiving numerous phone calls from debt collectors. These calls have been harassing, threatening, and have caused me undue stress. **As of now, I am demanding that these calls cease entirely.** This includes but is not limited to calls to me, my family and friends, and my place of employment. I want you to allow me the rights you said I had in your recent demand letter. In your last letter you mentioned the FDCPA. As I understand it you are legally bound to honor my request to cease all calls and only contact me by mail. I understand that I am doing everything in my power to rectify this situation. At the current time, however, I am unable to pay your company the amount requested.

Second, although I realize that I am indebted to you for a certain amount, the amount you claim does not seem right, according to my records. I believe you are required to provide me with documents and an explanation of how you arrived at this amount. Please do so at your earliest convenience.

Third, I appreciate your understanding of my difficult situation at this time. I am doing as much as I can and hope that we will eventually be able to come to some agreement towards paying off the debt that I owe you. Until that time, I thank you in advance for your patience with regard to this matter and your response to my inquiries.



Sincerely,

# FREQUENTLY ASKED QUESTIONS

1. **Who is qualified for our program?**

   debt settlement program is for people facing HARDSHIP. This means people who are late paying their debts, have little or no ability to pay their debts in the future and are facing a possible bankruptcy.

2. **Who is not qualified for our program?**

   does not advocate that any person default on their debts. This program is not designed to negotiate debts for people who have reasonable means to pay off their debts. If you have the ability to pay your debts in the normal fashion, by paying minimum payments, then you should honor your debts and do so. This program is NOT for people who are gainfully employed, have high credit ratings and can meet monthly debt obligations.

3. **When I enrolled in the program I was working with a Debt Consultant. Should I continue to work with that person throughout the program?**

   No. Once your file is processed it moves to the Client Services Department so that we can handle your account more effectively. In order to ensure that you receive the best possible service, you should always communicate directly with the Client Services Department and not you're Debt Consultant. You will also have several other people working on your account throughout the course of your program. But for right now, you should contact Client Services with any questions or concerns you have about your account.

   Client Services phone:
   Client Services fax:

4. **When does                      begin settling my debt?**

   At such time                      has received the first payment, will commence the Service.                      will advise Client of all good faith offers made by creditors and debt collectors, and of their acceptance of any offers made by.                      will not settle any account without the approval of Client, who has absolute discretion to accept or reject any settlement offer. We can only settle a debt once the full funds are available in your settlement account.

5. **What correspondence from my creditors do I need to fax to                      ?**

   All correspondence, other than statements, needs to be faxed in immediately to                      . This includes notices from Third-Party agencies, settlement offers, and information about charge-offs. Keep your statements and other communication with your Welcome Packet so that you may refer to them throughout the duration of your personal negotiation strategy.

6.  **My creditors keep calling.  How long should I expect these calls to continue?**
    Have you noticed that it is the same one or two people calling on an account?
    This is more of a call center issue.  Your original creditor hires call centers and
    the people on the other line have no power over your account.  Some times the
    quickest way to reduce this is a letter directly from you to the creditor.  There may
    still be calls coming in, but continue screening your calls with Caller ID or an
    answering machine, and before you know it, you'll be ready to settle on your
    accounts and on schedule to being debt free.

    Every time you pick up the phone, they know it is a number where they can get a
    hold of you and they will mark that number as responsive and they will continue
    to call.  The best way to stop the calls is to not pick up the phone if you do not
    recognize the number.  Once your account moves to a third party agency or a
    different department, they will send you notice and you should fax that to us
    immediately.

    Although your original creditor has the right to call you, they do not have the right
    to harass you.  Client Services has more information regarding the steps you can
    take in dealing with the calls if they are becoming stressful.

7.  **My creditors said you haven't paid them yet.**
    There has been no payment because you haven't settled with them yet.  You will
    be fully aware of the payments made to your creditors during this program and it
    will be done by you under the savings plan that was agreed upon in the Program
    of Scheduled Debt.  Your creditor is always going to want a payment now, but
    you have decided to save up and settle your debts one at a time.  You decide the
    payment terms, not the creditor and you have the final say on the settlements that
    are reached.

8.  **I think I might have trouble making my next payment to**
    **⸱. Will you still be able to assist me if I miss a payment?**
    In order for you to successfully complete the negotiation program, our clients
    must be dedicated to the program's financial commitments.  If you are unable to
    make a service fee payment to                    please contact us as soon
    as possible.  We understand that problems can arise from time to time and are
    always willing to work with you.  **Any needed payment changes need to be**
    **communicated to a Client Specialist five (5) business days prior to the**
    **scheduled draft.**  This will help to ensure that we have time to coordinate an
    agreeable solution to your concern. Your Special Purpose Account administrator
    sends your payments via Bank Drafts. If a Client wants to stop a payment it will
    also require a minimum of 5 business days.

9.  **Will creditors call me at work?**
    Once you have informed the creditor that they are not allowed to call you at work
    they should not continue to do so.  In fact, jeopardizing your employment with
    harassing calls is against the law.  The quickest way to end these is a written

request directly from you.  Included in the Welcome Packet are blank letters for original creditors and third-party collectors to cease harassing calls.  When creditors call you at work they need to be notified of your rights.  If you don't notice a difference in a couple weeks please call Client Services.  You may also want to look into filing a compliant with the appropriate reporting agency.

10.    **I received a notice that my account is being handled by a Third-Party agency.  Should I be worried?**
Absolutely not.  Creditors routinely place accounts for collection with collection agencies and collection attorneys.  While the letters or phone calls you may receive from such companies can often be confrontational and threatening, you should understand that such activity is "business-as-usual" in the world of debt collections.  If you begin receiving phone calls from such an agency or attorney, then you should contact a Client Specialist.  Written notices that you may receive from any collection agency or collection attorney should be faxed to Client Services, fax #           l.  This is important information for tracking your account.  In many ways, this change can be good.  Collection agencies are guided by different federal laws and working with                         you may soon find that you are able to reduce the calls you are currently receiving.

11.    **Why am I still receiving statements from the credit card companies showing interest and late fees?  Shouldn't                    be reducing my debt?**
Creditors have the legal right to continue accruing interest, late fees, and over-limit penalties (if applicable) while your debts are in the program.  A key point to understand is that the amount of money involved is less significant when compared to the total amount of money saved over the duration of the program.  For example, if you start out with exactly $30,000 of debt, you would pay approximately $75,600 over a ten-year period to avoid late fees and penalties, and yet you would still owe about $27,600 at the end of those ten years.  Under the program, let's say the debt inflates to $36,000 during the first six months, since you may no longer be keeping up with those endless minimum payments.  By the time we settle those debts at our average 40% to 60% on the dollar, you will have paid out only about $21,800.  Would you rather pay $75,600 over ten years and still owe most of the original $30,000?  Or would you rather pay $21,800 over three years to become completely debt free?

12.    **I received a settlement offer from one of my creditors, what should I do?**
Call                          Client Services,                     During the course of your Debt Negotiation Program, a creditor may offer a settlement directly to you.  It is very important that you understand that such direct settlement offers are a direct result of your participation in our program.  You should always forward such offers to                          Client Services.  The decision to accept or decline any settlement offer is completely yours to make.  However, you are paying us for our experience and we would like to speak with you before you make any decisions on settling an account.

**First, some creditors actually try to "trick" clients into calling them by mailing a settlement offer**. When the client calls the creditor to take the deal, they are informed that the offer is no longer valid. Intense collection pressure is applied to force a payment from the client, which might jeopardize the entire negotiation process. Second, the offer extended by the creditor may not be the best available settlement. Third, if you attempt to work a settlement with a creditor on your own, you will lose the protection that comes from the involvement of a professional third-party negotiation firm. Fourth, they may offer you a settlement that looks honest, which in fact only benefits the creditor and not you. Part of our service is to ensure that each settlement is properly documented before funds are presented to the creditor, and to act on your behalf should a creditor attempt to collect the forgiven balance later on. By speaking with a Client Service Specialist, you can be confident that you will be making an educated decision regarding your settlement, and your debt.

13. **My first account was settled last month, but I received a statement today stating that I still owe the full balance.**
After we reach a mutually agreeable settlement with one of your creditors, it usually takes 60-90 days for the settlement to clear and post in the creditor's database. What this means is that you may receive one to two additional creditor statements showing the payment of the settlement amount, and an open balance for the remainder. This is normal and should not cause undue concern. Within 60-90 days, the account will be updated to reflect a zero balance. If you receive more than two post-settlement statements showing a positive balance on your account, or any additional collection activity on a settled account, call our Client Services Team right away. We will then get in touch with the creditor again to make sure the balance is properly set to zero and that you receive no further collection notices or statements showing a balance owed for that account.

14. **Can creditors garnish my wages?**
Yes. This action would depend upon the state you reside in and your circumstances. However, this can be a long drawn out process for the creditors. The creditor has to sue you, successfully obtain a judgment, and then file for a garnishment action. If you are willing to work with your creditors then wage garnishment can normally be avoided.

15. **I received a notice from a law firm. Am I getting sued?**
Many of the major creditors hire law firms which are collection agencies to handle the accounts. The paperwork probably says something to the effect of "This is an attempt to collect a debt" and "you have 30 days to dispute the validity of this debt." This is very typical, but you should fax that as soon as possible. In many respects this is a good thing, once a notice is sent to the agency they will not be allowed to call you any more.

16.     **How should I respond to Arbitration or possible litigation?**
        Although this is not typical during the program, occasionally accounts will be transferred to arbitration or litigation. There are several methods to respond to this kind of paperwork. If you receive this information immediately contact _____ Services, _____. You should also be prepared to FAX that information to us at your earliest convenience, FAX: _____. The important thing to remember is that you still have a lot of options for handling this account, and _____ Client Specialists have the training available to assist you throughout the program.

17.     **Will this program have a negative effect on my credit?**
        The Debt Settlement Program may have a short-term negative effect on your credit profile. When a delinquent account is settled this is reflected on your credit report. A settled account is better than an unresolved delinquent account. Your credit score should improve after successfully completing our program. Since these debts are paid, your debt-to-income ratio should improve. Debt to income ratios are not part of a credit score. However, they are an important measurement by which lenders evaluate applicants for auto and home loans. Once negotiated and settled, your creditors will report the accounts as "settled as agreed" or "balance 0".

18.     **Will _____ repair my credit?**
        No. _____ does not engage in credit repair services. No company can resolve legitimate negative items from your credit report. Negative items will remain on your credit report according to the conditions imposed by the credit reporting agencies. The goal of our debt settlement program is to settle your delinquent accounts.

19.     **I received a notice from the IRS regarding one of my settlements.**
        Financial institutions are generally required to provide a Form 1099-C in the event that a forgiven debt amount exceeds $600.00. Please note that just because you receive a Form 1099-C showing income in the form of a canceled debt, this does not necessarily mean that you owe taxes on the forgiven portion of the debt. In fact, most _____ clients can legally and ethically exclude forgiven debts from income through the "insolvency exclusion" provided by the IRS code. Briefly, this exclusion means that your liabilities exceed the fair market value of your assets, or in other words, you "owe" more than you "own." Please refer to IRS Publication 982 for more detailed information. We also strongly recommend that you consult your tax advisor regarding your particular circumstances. Should you or your tax advisor have questions regarding your account, please feel free to call Client Services for further information. _____ does not provide financial, legal or tax advice.

# <u>Violations of the Fair Debt Collection Practices Act</u>

The FDCPA is a law designed to protect a consumer, or private party. It clearly spells out the rights you have. It prohibits debt collectors from using dishonorable methods of collecting money owed. If you communicate to the debt collector **in writing** that you wish to cease and desist from further collection tactics, they are required, by law, to honor that request. Collectors and/or creditors are required by law to stop any communication with you.

You also have the right to dispute a debt. A request for debt verification must be answered by the debt collector within five days.

### <u>The following actions are illegal practice for attempting to collect a debt:</u>

- ➢ A debt collector calls you at work and the call interferes with your job or is forbidden by the employer.
- ➢ A debt collector calls before 8am or after 9pm in your time zone.
- ➢ A debt collector makes an excessive number of harassing calls.
- ➢ A debt collector claims to be an attorney or send letters that look like they are from a law office. (Unless that debt collector is actually an attorney.)
- ➢ A debt collector continues to contact you even after they have been made aware that you are represented by an attorney whose contact information has been made known to them.
- ➢ A debt collector tells someone other than you, your spouse, or your attorney that you owe money.
- ➢ A debt collector misrepresents the amount of money owed or the legal status of a debt.
- ➢ A debt collector fails to honor your cease communication rights.
- ➢ A debt collector gives false information regarding your credit.
- ➢ A debt collector threatens to garnish your wages or take your personal property. (This can only be done with a court order.)
- ➢ A debt collector uses obscene language.
- ➢ A debt collector threatens you or your family.
- ➢ A debt collector does not give 3-10 days notice before cashing a check post-dated by 5 or more days.
- ➢ A debt collector threatens you with criminal prosecution or tries to imply that you are committing a crime.

If a debt collector has violated your rights under the Fair Debt Collector Practices Act, submit copies (not originals) of all correspondence (including proof of payment, letters, call logs, etc.) to your state Attorney General's Office. Also, send a complete copy of the file sent to the Attorney General's Office to the Federal Trade Commission who will notify the creditors they are in violation of the FDCPA.

# How to Handle Communication
# with Debt Collectors

- Communication with debt collectors should always be done in writing. Debt Collectors prefer oral communication because it works to **their** advantage. However, anything in writing works to your advantage
- Written communication works to **your** advantage because you have a record of everything that company says to you. The collector is also less likely to use deceptive tactics if they are forced to put their words in writing.
- If a debt collector calls you, simply ask them to send whatever they have to say to you, in writing. There is no law requiring you to communicate with a debt collector on the telephone.
- Be sure to keep a log of **every** date and time the debt collector calls you. Excessive harassment is a violation of the Fair Debt Collection Practices Act.
- The law requires a collection agency to send an explanation of your right to dispute the debt. If you wish to dispute a debt, your response should be done **in writing** and should state that you request debt verification within 30 days. Always send any communication to a debt collector by certified mail so that you have proof of date sent and always request a delivery confirmation so you have proof of delivery.
- If you receive mail regarding a debt that requests you to call in to their office immediately, do not do it. You are only required to communicate with debt collectors **in writing**.
- You are not required to give your telephone number to a debt collector.
- When disputing a debt, never send originals. The debt collector will use any and all means necessary to try to force you to pay the debt. Do not give any information to the debt collector unless it is solid and physical proof that you do not owe the debt.
- Most importantly—**save copies of everything**! This includes proof of payment, letters sent to debt collectors, even the envelopes containing information from the debt collectors.

SHOULD YOU RECEIVE ANY IMPORTANT
DOCUMENTS PERTAINING TO ANY
ACCOUNTS LISTED IN THE PROGRAM
FAX THEM TO CLIENT SERVICES AT (800)
            OR     E-MAIL     THEM     TO


PLEASE KEEP MONTHLY STATEMENTS
IN YOUR PERSONAL FILE JUST IN CASE
OUR NEGOIATIONS DEPARTMENT
NEEDS THEM.

# Exhibit D

March 13, 2009

                                    Client Account #

Re: Welcome Packet

Dear Warren,

Congratulations! We have reviewed your file and accepted you into our Debt Settlement Program. It is extremely important for you to understand that this program will not work without your patience and full cooperation. During the negotiation process it is important that you respond to any proposals and/or requests that we may ask for, as quickly as possible.

**Client Communication**
First Choice Debt Relief Client Services is available to assist you with any questions Monday through Friday, 7:00am to 5:00pm Pacific Standard Time. We have included a list of questions frequently asked regarding the Debt Settlement Program. If you have specific questions regarding your case, feel free to contact our Client Services Dept. at 1-888-853-6733 or e-mail us at service@supportservices.cc (Please be sure to include your full name and address on any e-mail requests). Client Services will handle all details of your account throughout the program and should be your main point of contact. As you receive communication in the mail other than statements from your creditors FAX those documents to us toll free at 1-800-482-7154. In order for First Choice Debt Relief to assist you throughout the program, be sure to inform us of any changes to your contact information such as e-mail address, home phone number, cell phone number, work phone number and home address. We will often communicate information using email, phone and mailings. So remember, it is important to update us throughout the program.

**Creditor Communication**
If you receive a call from a creditor or collection agency, write the details of the call on the Call Log we have included in this packet. Please be aware that you should not attempt to negotiate directly with your creditor or their representative. There is also no need to engage in any arguments or discussions with any creditor or collection agency that calls you.
A great deal of time and effort has been put into determining an affordable monthly payment to deposit into your Special Purpose Account. Therefore, it is imperative that you make the appropriate funds available in your account on the day we have agreed to transfer funds from your account to your Special Purpose Account. Failure to make these funds available as agreed may result in termination of your account with First Choice Debt Relief.

Phone: (888) 853-6733 • Fax: (800) 482-7154 • service@supportservices.cc

You will find the following enclosures in this packet:

1. Sample Letter To Close a Credit Account
2. Payment Schedule
3. Fund Transfer Schedule
4. Schedule Program Of Debt
5. Income & Expense Worksheet
6. Call Log
7. $50.00 Referral Bonus
8. Violations of the Debt Collection Practices Act
9. How To Handle Communications With Debt Collectors
10. Harassment Letter to Creditor
11. Harassment Letter to 3rd Party Collectors
12. Frequently Asked Questions

Please read through this packet thoroughly and contact us with any questions you may have. Following the procedures we have outlined for you will assist in expediting the process. We look forward to negotiating and settling your debt on your behalf.

*Remember this is the number you give to your CREDITORS 949-777-2396 and this is the number you would use to reach CLIENT SERVICES 888-853-6733.

Sincerely,

Compliance Department

**First Choice Debt Relief**

# CLIENT PAYMENT CONFIRMATION

First Choice Debt Relief

**Client:**
**Date:**
**Account Name:**
**Address:**
**City, State, Zip:**



**Client Account #:** 

**Bank Name:**
**Type Of Account:**
**ABA Routing #:**
**Account #:**

|  | **Date** | **Payment Amount** | **Service Fee** |
|---|---|---|---|
| **1st Down Payment:** | | | |
| **2nd Down Payment:** |  |  |  |
| **1st Monthly Payment:** |  |  |  |
| **Service Fee Period:** | | | |
| **Total Program Period:** | | | |

---

**Please Note**

Service Fee is included in Payment Amount

The payments listed above were agreed upon during your Compliance Call with First Choice Debt Relief The service fee amounts will be withdrawn from your Checking/Savings account on the dates provided above. The monthly service fee will be withdrawn for the period indicated, beginning on the 1st Monthly Payment date, and then monthly thereafter.

This is a courtesy reminder to assist you in preparing for the electronic fund transfer that will begin on the dates listed above. If you should have any questions, please feel free to contact the Customer Serivce Dept. at 888-853-6733.

# *First Choice Debt Relief*

## *PAYMENT SCHEDULE*

*Client Name:* _____        *Account #:* _____

Total Program Debt: ▮▮▮▮▮▮

Estimated Settlement
to Creditors: ▮▮▮▮▮▮

Service Fees: ▮▮▮▮▮▮

Total Settlement
Including Fees: ▮▮▮▮▮▮

Down Payment: ▮▮▮▮▮▮        Div. 2= ▮▮▮▮▮▮

Remaining Balance
of Fees: ▮▮▮▮▮▮

Finance of Fees:
Months (8/10/12) : ▮▮▮▮▮▮

Balance Needed for Settlement: ▮▮▮▮▮▮

Monthly Payment: ▮▮▮▮▮▮

Total Months to be Debt Free: ▮▮▮▮▮▮        Down Payment Addition
Plus 2 _____

# *First Choice Debt Relief*

## *FUND TRANSFER SCHEDULE*

**Client Name:** ███████████          **Account #:** ████████

| Payment Date | Payment Type | Payment Amount | Service Fee | Settlement Funds | Accumulated Funds |
|---|---|---|---|---|---|
| 12/19/2008 | Down Payment | ██████ | ██████ | | |
| 1/19/2009 | Down Payment | | | | |
| | | | | | |
| 2/19/2009 | Monthly | ████ | ████ | ████ | ████ |
| 3/19/2009 | Monthly | | | | |
| 4/19/2009 | Monthly | | | | |
| 5/19/2009 | Monthly | | | | |
| 6/19/2009 | Monthly | | | | |
| 7/19/2009 | Monthly | | | | |
| 8/19/2009 | Monthly | | | | |
| 9/19/2009 | Monthly | | | | |
| 10/19/2009 | Monthly | | | | |
| 11/19/2009 | Monthly | | | | |
| 12/19/2009 | Monthly | | | | |
| 1/19/2010 | Monthly | | | | |
| 2/19/2010 | Monthly | | | | |
| 3/19/2010 | Monthly | | | | |
| 4/19/2010 | Monthly | | | | |
| 5/19/2010 | Monthly | | | | |
| 6/19/2010 | Monthly | | | | |
| 7/19/2010 | Monthly | | | | |

# *First Choice Debt Relief*

## *SCHEDULE PROGRAM OF DEBT*

*Client Name:* ████████████       *Account #:* ████████

| Creditor | Account Number | Amount Owed | Statement Date |
|---|---|---|---|
| HSBC | | | |
| Target | | | |
| Orchard Bank | | | |
| Union Plus | | | |

**TOTAL PROGRAM DEBT**          

# <u>Important Information Regarding Your Program</u>

### Please read immediately:

All credit accounts included in your Debt Settlement Program **must be closed within 30 days of receipt of this Welcome Packet**, if you have not already done so.

**It is very important that the Income and Expense Worksheet located in your Welcome Packet is completed and returned to First Choice Debt Relief Client Services Department within 5 business days of receiving the Welcome Packet. Fax this document to Client Services Department at 800-482-7154 or email it to <u>service@supportservices.cc</u>**

If you have any questions regarding your account, the **Client Services Department can be reached at 888-853-6733.**

Thank you,

Compliance Department
First Choice Debt Relief.

## SAMPLE LETTER TO CLOSE CREDIT ACCOUNT

**Instructions:** Use this letter as an example for writing your own letter to your debt collectors/creditor. **BE SURE TO KEEP A COPY OF ANY LETTER YOU SEND TO A COLLECTION AGENCY/CREDITOR.**

Current Date

Your Name
Address
City, State, Zip

Collection Agency/Creditor Name
Address
City, State, Zip

Dear Sir or Madam:

I am writing to ask that you close my account (enter account number here).

**Use this paragraph to explain your hardship (Expand on your hardship)and the reason why you can't make payments right now.**

Sincerely,

(Sign your name here)

Type your name here

# INCOME AND EXPENSE WORKSHEET

Client's Name: _____

Spouse's Name: _____

Client Account # : _____

| | |
|---|---|
| Combined Household Net Income: | $ _____ |
| Other Income (Including Alimony or Child Support): | $ _____ |
| **TOTAL INCOME:** | $ _____ |

Please include all expenses as accurately as possible. The provided information will be used to calculate a budget for your household.

## COST OF LIVING / INCOMING BILLS

| | |
|---|---|
| Food (Home, Work, School, Etc.): | $ _____ |
| Household Items: | $ _____ |
| Clothing: | $ _____ |
| Laundry Dry Cleaning: | $ _____ |
| Utilities (Electric, Gas, Water, Trash, Etc.): | $ _____ |
| Telephone (Cell, Pager, Internet): | $ _____ |
| Auto Gas and Maintenance: | $ _____ |
| Auto Insurance: | $ _____ |
| Auto Loans / Lease | $ _____ |
| Education (Tuition, School Supplies): | $ _____ |
| Home Owner's / Renters Insurance | $ _____ |
| Life Insurance: | $ _____ |
| Medical Care (Insurance, Doctors, Prescriptions, Dentist): | $ _____ |
| Entertainment: | $ _____ |
| Children's Activities: | $ _____ |
| Child Care / Child Support / Alimony: | $ _____ |
| Cable TV / Satellite: | $ _____ |
| Personal Care (Hair Cut, Nails, Vitamins, Etc.): | $ _____ |
| Gift / Contributions / Donations: | $ _____ |
| Mortgages 1st and or 2nd / Rent (Include Trailer Space): | $ _____ |
| Student Loans / Back Taxes: | $ _____ |
| Misc. Other: | $ _____ |

**TOTAL:**                                                        $ _____

**Customer Comments:** _____
_____
_____

# $50 REFERRAL BONUS

**Do you know someone who needs Debt Settlement?**

Earn $50.00 simply by referring them to First Choice Debt Relief

**Here's how:**

1. Complete this form
2. Fax it to (800) 482-7154
3. Referral will be contacted by your Analyst within 24 hours
4. If your referral enrolls, First Choice Debt Relief will mail you a check for $50.00

**Referral Information:**

First Name: _____          Last Name: _____

Day Time Phone: _____          Evening Phone: _____

Other Phone: _____          E-mail: _____

Best Time to call (PST): _____          Debt Owed: _____

**Your Information:**

First Name: _____          Last Name: _____

Address: _____          Phone # : _____

_____

**(* The check will be payable and mailed using the information above, after referred client successfully makes first payment.)**

## Internal Use Only

Debt Analyst: _____          Date Sent: _____

Fax: _____          Time Sent: _____

Date Complied: _____          First Payment: _____

**Phone : (888) 853-6733 Fax: (800) 482-7154, service@supportservices.cc**

# CALL LOG

**CLIENTS NAME:** _____

**FIRST CHOICE DEBT RELIEF ACCOUNT # :** _____

If you should receive a call from a creditor or collector on any of your accounts that we have been retained to settle, please log the details of each call below. Keep this page with your First Choice Debt Relief file, as we will occasionally request you to fax this to keep your file updated.

| Date | Time | Company Name | Person | Account # | Phone Number | Description of Conversation |
|------|------|--------------|--------|-----------|--------------|-----------------------------|
|      |      |              |        |           |              |                             |
|      |      |              |        |           |              |                             |
|      |      |              |        |           |              |                             |
|      |      |              |        |           |              |                             |
|      |      |              |        |           |              |                             |
|      |      |              |        |           |              |                             |
|      |      |              |        |           |              |                             |
|      |      |              |        |           |              |                             |
|      |      |              |        |           |              |                             |
|      |      |              |        |           |              |                             |
|      |      |              |        |           |              |                             |
|      |      |              |        |           |              |                             |
|      |      |              |        |           |              |                             |
|      |      |              |        |           |              |                             |

CLIENT SERVICES: FAX: (800) 482-7154
CLIENT SERVICES PHONE: (888) 853-6733
EMAIL: service@supportservices.cc

Date:

Agency:

Address:

Account No.:

To Whom It May Concern:

I have received numerous harassing, rude, and abusive phone calls. The callers have been threatening to me or my family members. I have learned that these calls are in violation of the state of _____ and federal telephone harassment laws, including Section 223 of Title 47 of the United States Code.

It is actually a criminal as well as civil offense to make repeated harassing calls to me at home or work. I realize that my creditors have the right to contact me to inquire about the status of my account, but they must do so in a decent and civilized manner. This does not apply to friends or family members. You may no longer contact my relatives, friends, or anyone at my place of employment. Please remove any contact information you have in your databases regarding these people at once.

**I have learned about the difference between a "collector" and a "creditor." Creditors have the right to call and inquire, they do <u>not</u> have the right to harass and abuse. And they do not have the right to contact my place of employment, family, or friends now that I am specifically stating this in writing. The fact that you start with a business purpose does not protect you from telephone harassment laws if you do not conduct yourself in a professional manner.**

Since I have already told you that I do not have the means to pay all of my obligations, it is abusive for you to call me repeatedly. If I started the day without the money to pay whatever may be due to the bank, it's not likely I'm going to have it by mid-afternoon. And if you called me twice yesterday, you know that I won't have the money today. You are simply harassing me.

**Enough is enough. Do not call me more than once a week. Do not call my friends, family or my place of employment.** I am keeping a log of your calls. If you continue to annoy, abuse, and harass me I will report you to the authorities, including the Office of the Comptroller of Currency, the Federal Reserve Board, and the State Attorney General.

Sincerely,

Date:


Account No.:

To Whom It May Concern:

In response to your letter dated _____, I am aware that my account is now being handled by a third-party agency. I have some concerns that must be addressed.

First, and foremost, I have been receiving numerous phone calls from debt collectors. These calls have been harassing, threatening, and have caused me undue stress. **As of now, I am demanding that these calls cease entirely.** This includes but is not limited to calls to me, my family and friends, and my place of employment. I want you to allow me the rights you said I had in your recent demand letter. In your last letter you mentioned the FDCPA. As I understand it you are legally bound to honor my request to cease all calls and only contact me by mail. I understand that I am doing everything in my power to rectify this situation. At the current time, however, I am unable to pay your company the amount requested.

Second, although I realize that I am indebted to you for a certain amount, the amount you claim does not seem right, according to my records. I believe you are required to provide me with documents and an explanation of how you arrived at this amount. Please do so at your earliest convenience.

Third, I appreciate your understanding of my difficult situation at this time. I am doing as much as I can and hope that we will eventually be able to come to some agreement towards paying off the debt that I owe you. Until that time, I thank you in advance for your patience with regard to this matter and your response to my inquiries.



Sincerely,

First Choice Debt Relief

# FREQUENTLY ASKED QUESTIONS

1.   **Who is qualified for our program?**
First Choice Debt Relief debt settlement program is for people facing HARDSHIP. This means people who are late paying their debts, have little or no ability to pay their debts in the future and are facing a possible bankruptcy.

2.   **Who is not qualified for our program?**
First Choice Debt Relief does not advocate that any person default on their debts. This program is not designed to negotiate debts for people who have reasonable means to pay off their debts. If you have the ability to pay your debts in the normal fashion, by paying minimum payments, then you should honor your debts and do so. This program is NOT for people who are gainfully employed, have high credit ratings and can meet monthly debt obligations.

3.   **When I enrolled in the program I was working with a Debt Consultant. Should I continue to work with that person throughout the program?**
No. Once your file is processed it moves to the Client Services Department so that we can handle your account more effectively. In order to ensure that you receive the best possible service, you should always communicate directly with the Client Services Department and not you're Debt Consultant. You will also have several other people working on your account throughout the course of your program. But for right now, you should contact Client Services with any questions or concerns you have about your account.

Client Services phone: **888-853-6733**
Client Services fax:    **800-482-7154**

4.   **When does First Choice Debt Relief begin settling my debt?**
At such time First Choice Debt Relief has received the first payment, First Choice Debt Relief will commence the Service. First Choice Debt Relief will advise Client of all good faith offers made by creditors and debt collectors, and of their acceptance of any offers made by. First Choice Debt Relief will not settle any account without the approval of Client, who has absolute discretion to accept or reject any settlement offer. We can only settle a debt once the full funds are available in your settlement account.

5.   **What correspondence from my creditors do I need to fax to First Choice Debt Relief?**
All correspondence, other than statements, needs to be faxed in immediately to **800-482-7154**. This includes notices from Third-Party agencies, settlement offers, and information about charge-offs. Keep your statements and other communication with your Welcome Packet so that you may refer to them throughout the duration of your personal negotiation strategy.

6.    **My creditors keep calling. How long should I expect these calls to continue?**
Have you noticed that it is the same one or two people calling on an account? This is more of a call center issue. Your original creditor hires call centers and the people on the other line have no power over your account. Some times the quickest way to reduce this is a letter directly from you to the creditor. There may still be calls coming in, but continue screening your calls with Caller ID or an answering machine, and before you know it, you'll be ready to settle on your accounts and on schedule to being debt free.

Every time you pick up the phone, they know it is a number where they can get a hold of you and they will mark that number as responsive and they will continue to call. The best way to stop the calls is to not pick up the phone if you do not recognize the number. Once your account moves to a third party agency or a different department, they will send you notice and you should fax that to us immediately.

Although your original creditor has the right to call you, they do not have the right to harass you. Client Services has more information regarding the steps you can take in dealing with the calls if they are becoming stressful.

7.    **My creditors said you haven't paid them yet.**
There has been no payment because you haven't settled with them yet. You will be fully aware of the payments made to your creditors during this program and it will be done by you under the savings plan that was agreed upon in the Program of Scheduled Debt. Your creditor is always going to want a payment now, but you have decided to save up and settle your debts one at a time. You decide the payment terms, not the creditor and you have the final say on the settlements that are reached.

8.    **I think I might have trouble making my next payment to First Choice Debt Relief. Will you still be able to assist me if I miss a payment?**
In order for you to successfully complete the negotiation program, our clients must be dedicated to the program's financial commitments. If you are unable to make a service fee payment to First Choice Debt Relief please contact us as soon as possible. We understand that problems can arise from time to time and are always willing to work with you. **Any needed payment changes need to be communicated to a Client Specialist five (5) business days prior to the scheduled draft.** This will help to ensure that we have time to coordinate an agreeable solution to your concern. Your Special Purpose Account administrator sends your payments via Bank Drafts. If a Client wants to stop a payment it will also require a minimum of 5 business days.

9.    **Will creditors call me at work?**
Once you have informed the creditor that they are not allowed to call you at work they should not continue to do so. In fact, jeopardizing your employment with harassing calls is against the law. The quickest way to end these is a written

request directly from you. Included in the Welcome Packet are blank letters for original creditors and third-party collectors to cease harassing calls. When creditors call you at work they need to be notified of your rights. If you don't notice a difference in a couple weeks please call Client Services. You may also want to look into filing a compliant with the appropriate reporting agency.

10. **I received a notice that my account is being handled by a Third-Party agency. Should I be worried?**
Absolutely not. Creditors routinely place accounts for collection with collection agencies and collection attorneys. While the letters or phone calls you may receive from such companies can often be confrontational and threatening, you should understand that such activity is "business-as-usual" in the world of debt collections. If you begin receiving phone calls from such an agency or attorney, then you should contact a Client Specialist. Written notices that you may receive from any collection agency or collection attorney should be faxed to Client Services, fax # **800-482-7154**. This is important information for tracking your account. In many ways, this change can be good. Collection agencies are guided by different federal laws and working with First Choice Debt Relief you may soon find that you are able to reduce the calls you are currently receiving.

11. **Why am I still receiving statements from the credit card companies showing interest and late fees? Shouldn't First Choice Debt Relief be reducing my debt?**
Creditors have the legal right to continue accruing interest, late fees, and over-limit penalties (if applicable) while your debts are in the program. A key point to understand is that the amount of money involved is less significant when compared to the total amount of money saved over the duration of the program. For example, if you start out with exactly $30,000 of debt, you would pay approximately $75,600 over a ten-year period to avoid late fees and penalties, and yet you would still owe about $27,600 at the end of those ten years. Under the program, let's say the debt inflates to $36,000 during the first six months, since you may no longer be keeping up with those endless minimum payments. By the time we settle those debts at our average percentage, you will have paid out only a fraction of the original $30,000. Would you rather pay $75,600 over ten years and still owe most of the original $30,000? Or would you rather pay a fraction of the $30,000 over three years to become completely debt free?

12. **I received a settlement offer from one of my creditors, what should I do?**
Call First Choice Debt Relief Client Services, **888-853-6733**. During the course of your Debt Negotiation Program, a creditor may offer a settlement directly to you. It is very important that you understand that such direct settlement offers are a direct result of your participation in our program. You should always forward such offers to First Choice Debt Relief Client Services. The decision to accept or decline any settlement offer is completely yours to make. However, you are paying us for our experience and we would like to speak with you before you make any decisions on settling an account.

**First, some creditors actually try to "trick" clients into calling them by mailing a settlement offer.** When the client calls the creditor to take the deal, they are informed that the offer is no longer valid. Intense collection pressure is applied to force a payment from the client, which might jeopardize the entire negotiation process. Second, the offer extended by the creditor may not be the best available settlement. Third, if you attempt to work a settlement with a creditor on your own, you will lose the protection that comes from the involvement of a professional third-party negotiation firm. Fourth, they may offer you a settlement that looks honest, which in fact only benefits the creditor and not you. Part of our service is to ensure that each settlement is properly documented before funds are presented to the creditor, and to act on your behalf should a creditor attempt to collect the forgiven balance later on. By speaking with a Client Service Specialist, you can be confident that you will be making an educated decision regarding your settlement, and your debt.

13. **My first account was settled last month, but I received a statement today stating that I still owe the full balance.**
After we reach a mutually agreeable settlement with one of your creditors, it usually takes 60-90 days for the settlement to clear and post in the creditor's database. What this means is that you may receive one to two additional creditor statements showing the payment of the settlement amount, and an open balance for the remainder. This is normal and should not cause undue concern. Within 60-90 days, the account will be updated to reflect a zero balance. If you receive more than two post-settlement statements showing a positive balance on your account, or any additional collection activity on a settled account, call our Client Services Team right away. We will then get in touch with the creditor again to make sure the balance is properly set to zero and that you receive no further collection notices or statements showing a balance owed for that account.

14. **Can creditors garnish my wages?**
Yes. This action would depend upon the state you reside in and your circumstances. However, this can be a long drawn out process for the creditors. The creditor has to sue you, successfully obtain a judgment, and then file for a garnishment action. If you are willing to work with your creditors then wage garnishment can normally be avoided.

15. **I received a notice from a law firm. Am I getting sued?**
Many of the major creditors hire law firms which are collection agencies to handle the accounts. The paperwork probably says something to the effect of "This is an attempt to collect a debt" and "you have 30 days to dispute the validity of this debt." This is very typical, but you should fax that as soon as possible. In many respects this is a good thing, once a notice is sent to the agency they will not be allowed to call you any more.

16.    **How should I respond to Arbitration or possible litigation?**
Although this is not typical during the program, occasionally accounts will be transferred to arbitration or litigation. There are several methods to respond to this kind of paperwork. If you receive this information immediately contact First Choice Debt Relief Client Services, **888-853-6733**. You should also be prepared to FAX that information to us at your earliest convenience, FAX: **800-482-7154**. The important thing to remember is that you still have a lot of options for handling this account, and First Choice Debt Relief Client Specialists have the training available to assist you throughout the program.

17.    **Will this program have a negative effect on my credit?**
The Debt Settlement Program may have a short-term negative effect on your credit profile. When a delinquent account is settled this is reflected on your credit report. A settled account is better than an unresolved delinquent account. Your credit score should improve after successfully completing our program. Since these debts are paid, your debt-to-income ratio should improve. Debt to income ratios are not part of a credit score. However, they are an important measurement by which lenders evaluate applicants for auto and home loans. Once negotiated and settled, your creditors will report the accounts as "settled as agreed" or "balance 0".

18.    **Will First Choice Debt Relief repair my credit?**
No. First Choice Debt Relief does not engage in credit repair services. No company can resolve legitimate negative items from your credit report. Negative items will remain on your credit report according to the conditions imposed by the credit reporting agencies. The goal of our debt settlement program is to settle your delinquent accounts.

19.    **I received a notice from the IRS regarding one of my settlements.**
Financial institutions are generally required to provide a Form 1099-C in the event that a forgiven debt amount exceeds $600.00. Please note that just because you receive a Form 1099-C showing income in the form of a canceled debt, this does not necessarily mean that you owe taxes on the forgiven portion of the debt. In fact, most First Choice Debt Relief clients can legally and ethically exclude forgiven debts from income through the "insolvency exclusion" provided by the IRS code. Briefly, this exclusion means that your liabilities exceed the fair market value of your assets, or in other words, you "owe" more than you "own." Please refer to IRS Publication 982 for more detailed information. We also strongly recommend that you consult your tax advisor regarding your particular circumstances. Should you or your tax advisor have questions regarding your account, please feel free to call Client Services for further information. First Choice Debt Relief does not provide financial, legal or tax advice.

# First Choice Debt Relief

## Violations of the Fair Debt Collection Practices Act

The FDCPA is a law designed to protect a consumer, or private party. It clearly spells out the rights you have. It prohibits debt collectors from using dishonorable methods of collecting money owed. If you communicate to the debt collector **in writing** that you wish to cease and desist from further collection tactics, they are required, by law, to honor that request. Collectors and/or creditors are required by law to stop any communication with you.

You also have the right to dispute a debt. A request for debt verification must be answered by the debt collector within five days.

### The following actions are illegal practice for attempting to collect a debt:

- ➤ A debt collector calls you at work and the call interferes with your job or is forbidden by the employer.
- ➤ A debt collector calls before 8am or after 9pm in your time zone.
- ➤ A debt collector makes an excessive number of harassing calls.
- ➤ A debt collector claims to be an attorney or send letters that look like they are from a law office. (Unless that debt collector is actually an attorney.)
- ➤ A debt collector continues to contact you even after they have been made aware that you are represented by an attorney whose contact information has been made known to them.
- ➤ A debt collector tells someone other than you, your spouse, or your attorney that you owe money.
- ➤ A debt collector misrepresents the amount of money owed or the legal status of a debt.
- ➤ A debt collector fails to honor your cease communication rights.
- ➤ A debt collector gives false information regarding your credit.
- ➤ A debt collector threatens to garnish your wages or take your personal property. (This can only be done with a court order.)
- ➤ A debt collector uses obscene language.
- ➤ A debt collector threatens you or your family.
- ➤ A debt collector does not give 3-10 days notice before cashing a check post-dated by 5 or more days.
- ➤ A debt collector threatens you with criminal prosecution or tries to imply that you are committing a crime.

If a debt collector has violated your rights under the Fair Debt Collector Practices Act, submit copies (not originals) of all correspondence (including proof of payment, letters, call logs, etc.) to your state Attorney General's Office. Also, send a complete copy of the file sent to the Attorney General's Office to the Federal Trade Commission who will notify the creditors they are in violation of the FDCPA.

# FIRST CHOICE DEBT RELIEF

## <u>How to Handle Communication<br>with Debt Collectors</u>

- Communication with debt collectors should always be done <u>in writing</u>. Debt Collectors prefer oral communication because it works to **their** advantage. However, anything in writing works to your advantage

- Written communication works to **your** advantage because you have a record of everything that company says to you. The collector is also less likely to use deceptive tactics if they are forced to put their words in writing.

- If a debt collector calls you, simply ask them to send whatever they have to say to you, in writing. There is no law requiring you to communicate with a debt collector on the telephone.

- Be sure to keep a log of **every** date and time the debt collector calls you. Excessive harassment is a violation of the Fair Debt Collection Practices Act.

- The law requires a collection agency to send an explanation of your right to dispute the debt. If you wish to dispute a debt, your response should be done **in writing** and should state that you request debt verification within 30 days. Always send any communication to a debt collector by certified mail so that you have proof of date sent and always request a delivery confirmation so you have proof of delivery.

- If you receive mail regarding a debt that requests you to call in to their office immediately, do not do it. You are only required to communicate with debt collectors **in writing**.

- You are not required to give your telephone number to a debt collector.

- When disputing a debt, never send originals. The debt collector will use any and all means necessary to try to force you to pay the debt. Do not give any information to the debt collector unless it is solid and physical proof that you do not owe the debt.

- Most importantly—**save copies of everything!** This includes proof of payment, letters sent to debt collectors, even the envelopes containing information from the debt collectors.

SHOULD YOU RECEIVE ANY IMPORTANT
DOCUMENTS PERTAINING TO ANY
ACCOUNTS LISTED IN THE PROGRAM FAX
THEM TO CLIENT SERVICES AT (800) 482-7154
OR E-MAIL THEM TO
SERVICE@SUPPORTSERVICES.CC


PLEASE KEEP MONTHLY STATEMENTS
IN YOUR PERSONAL FILE JUST IN CASE
OUR NEGOTIATIONS DEPARTMENT NEEDS
THEM.

# Exhibit E

LAWYERS



# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

JENNIFER L. BROCKETT          SUITE 2400                    TEL (213) 633-6800
Direct (213) 633-6860         865 SOUTH FIGUEROA STREET     FAX (213) 633-6899
jenniferbrockett@dwt.com      LOS ANGELES, CA 90017-2566    www.dwt.com

January 15, 2009

*Via pdf/ U.S. Mail*

Khosraw Akbar                           Saman (Chris) Salamipour
American Debt Relief Services, Inc. dba  American Debt Relief Services, Inc. dba
First Choice Debt Relief                First Choice Debt Relief
101 California Street, #2450 PMB 294    101 California Street, #2450 PMB 294
San Francisco, CA 94111                 San Francisco, CA 94111

     Re:    QSS/First Choice Debt Relief Services, Inc.

Dear  Mr. Akbar and Mr. Salamipour:

     We write as counsel for Quality Support Services, LLC ("QSS") in connection with what we understand to be your blatant and intentional breach of the client services agreements between American Debt Relief dba First Choice Debt Relief ("First Choice") and QSS (the "Agreement"), and your copyright infringement of our QSS' copyright in and to the materials sent to new Clients (the "Welcome Packet").

     Specifically, the Agreement QSS requires that First Choice "shall utilize QSS on an **exclusive basis** to provide account management and debt settlement services to [First Choice] for all clients who enter a client Agreement during the term of this agreement." (Agreement ¶ 1.a.) The "initial term" of the Agreement is still in full force. (*Id.* ¶ 3.a.) Additionally, QSS retains the copyright in all materials that it has provided for your use in effectuating the Agreement. However, you have ceased referring clients to QSS, and have instead made arrangements for alternative service. Moreover, you have reproduced the Welcome Packet with only cosmetic changes. The only real change to the Welcome Packet that you have made is to change the contact information so that it does not reflect QSS. We hereby demand on behalf of our clients that you cease and desist immediately from any and all distribution of your infringing Welcome Packet.

     Mr. Akbar and Mr. Salamipour: such misconduct subjects you personally – as well as First Choice – to liability, including claims for damages, profits, and injunctive relief. Unless we

Khosraw Akabar
Saman (Chris) Salamipour
January 15, 2009
Page 2



able to come to an agreement, we intend to seek the full panoply of remedies available under the Copyright Act, 17 U.S.C. § 501 et. seq. against each of you individually as well as against First Choice, as well as breach of contract claims against First Choice.

However, we trust that this will not be necessary. I understand that you already have spoken with Mr. Lopez, admitted your wrongdoing, and agreed in principle to cease and desist your wrongful conduct. To avoid claims based on your breaches, we hereby demand that:

- you immediately cease and desist from any and all reproduction, distribution or other dissemination of the infringing Welcome Packet, except under authority and behalf of QSS;
- you account to QSS for any and all Clients that you have not referred to QSS and remit all service fees that you have collected from such clients to QSS;
- you cause all Client accounts that you caused to be created outside of QSS to be merged into QSS accounts; and
- you enter a new Client Services Agreement with QSS, generally in conformance with the agreement currently used by QSS, and with a five year term, a 55% service fee, accounting and auditing rights, and your personal guarantee of performance.

We ask that you respond in writing by the close of business on Tuesday, January 20, 2009.

The foregoing is without waiver of QSS's respective rights, all of which are expressly reserved. We look forward to hearing from you promptly.

                                        Very truly yours,

                                        Davis Wright Tremaine LLP

                                        Jennifer L. Brockett

cc:     Carlos López de Magaña

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**ORIGINAL**

| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) | **DEFENDANTS** |
|---|---|
| QUALITY SUPPORT SERVICES, LLC, a California limited liability company | AMERICAN DEBT RELIEF SERVICES, INC. d/b/a FIRST CHOICE DEBT RELIEF, a California corporation; KHOSRAW AKBAR, an individual; SAMAN SALAMIPOUR, an individual; and DOES 1-10, inclusive; |

| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Quinn Emanuel Urquhart Oliver & Hedges LLP 865 S. Figueroa Street, 10th Floor Los Angeles CA 90017   tel: (213) 443-3000 | Douglas Borthwick Freeman Borthwick & Marsaili 2202 N. Broadway, Suite 2A Santa Ana, CA 92706   tel: (714) 654-6742 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
(1) Copyright Infringement - 17 U.S.C. 106; (2) Breach of Contract - 28 U.S.C. 1367

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

SA 09 - 0342

**FOR OFFICE USE ONLY:**   Case Number:

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                           CIVIL COVER SHEET                           Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Quality Support Services, LLC - Orange County, California | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | American Debt Relief Services, Inc. - San Francisco County, California; Khosraw Akbar - San Francisco, California; Saman Salamipour - San Francisco, California |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| (1) Copyright Infringement - Los Angeles County, California; (2) Breach of Contract - Los Angeles County, California | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  March 18, 2009

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV09- 342 DOC  (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[X] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

FOR OFFICE USE ONLY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALITY SUPPORT SERVICES, LLC, a California limited liability company, | CASE NUMBER |
| PLAINTIFF(S) | SACV 09-0342 DOC (ANx) |
| v. | |
| AMERICAN DEBT RELIEF SERVICES, INC., d/b/a FIRST CHOICE DEBT RELIEF, a California corporation; KHOSRAW AKBAR, an individual; SAMAN SALAMIPOUR, an individual; and DOES 1-10, inclusive, DEFENDANT(S) . | **SUMMONS** |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within 20_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Jon R. Steiger _____ , whose address is 865 S. Figueroa Street, 10th Floor, Los Angeles, California 90017 _____ . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __3/18/09__

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*