QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Jon R. Steiger (Bar No. 229814)
  jonsteiger@quinnemanuel.com
  Rory S. Miller (Bar No. 238780)
  rorymiller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff Quality Support
Services, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| QUALITY SUPPORT SERVICES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN DEBT RELIEF SERVICES, INC., d/b/a FIRST CHOICE DEBT RELIEF, a California corporation; KHOSRAW AKBAR, an individual; SAMAN SALAMIPOUR, an individual; and Does 1-10, inclusive,<br><br>Defendants. | CASE NO.<br><br>SACV 09-0342 DOC(ANx)<br><br>**DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

22628/2839521.1

FRCP 7.1 DISCLOSURE

The undersigned, counsel of record for the Academy of Motion Picture Arts and Sciences, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Quality Support Services, LLC

American Debt Relief Services, Inc., d/b/a First Choice Debt Relief

Carlos López de Magaña

Erick Graziano

Khosraw Akbar

Saman Salamipour

Quality Support Services, LLC also states that there is no parent corporation or publicly held corporation that holds 10% or more ownership interest in it.

DATED: March 18, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Jon R. Steiger
Attorneys for Plaintiff Quality Support Services, LLC