QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Jon R. Steiger (Bar No. 229814)
  jonsteiger@quinnemanuel.com
  Rory S. Miller (Bar No. 238780)
  rorymiller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Plaintiff
Quality Support Services, LLC

TURNER GREEN LLP
  Peter R. Afrasiabi (Bar No. 193336)
  pafrasiabi@turnergreen.com
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone:   (714) 434-8750
Facsimile:    (714) 434-8756

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| QUALITY SUPPORT SERVICES, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>AMERICAN DEBT RELIEF SERVICES, INC., d/b/a FIRST CHOICE DEBT RELIEF, a California corporation; KHOSRAW AKBAR, an individual; SAMAN SALAMIPOUR, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. SACV 09-0342 DOC (ANx)<br><br><br><br><br>**FINAL JUDGMENT BY CONSENT AGAINST ONLY DEFENDANT AMERICAN DEBT RELIEF SERVICES, INC. DBA FIRST CHOICE DEBT RELIEF** |

1   This Final Judgment by Consent Against Defendant American Debt
2 Relief Services, Inc. d/b/a First Choice Debt Relief ("First Choice") is ordered by
3 the Court as of the date indicated below, and consented to by Plaintiff Quality
4 Support Services, LLC ("QSS").
5   WHEREAS, on or about March 18, 2008, QSS commenced an action
6 in the United States District Court for the Central District of California (the "Court")
7 entitled *Quality Support Services, LLC v. American Debt Relief Services, Inc. et al.,*
8 Civil Action SACV 09-0342 DOC (ANx) (the "Action");
9   WHEREAS, the first claim asserted in the Action is one for copyright
10 infringement arising under the Copyright Act, 17 U.S.C. § 101 *et seq.*  This Court
11 has jurisdiction over this Action pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b);
12   WHEREAS, QSS alleged infringement by Defendants of the work
13 entitled the 2008 Welcome Packet, U.S. Copyright Office Registration Number TX
14 6-895-348;
15   WHEREAS, QSS and First Choice wish to resolve their dispute
16 without the necessity of further litigation.
17   NOW, THEREFORE, QSS and First Choice hereby stipulate to dismiss
18 the entirety of this case with prejudice as follows based on a confidential settlement
19 agreement between the parties that has been fully executed.
20   Based on this stipulation, the Court hereby ORDERS, DECREES, and
21 ADJUDGES as follows:
22   1.   Defendant First Choice consents to judgment against it on the
23 First Cause of Action in QSS's complaint for copyright infringement as follows:
24 Defendant First Choice is hereby adjudged to have infringed QSS's copyright in the
25 2008 Welcome Packet.  Defendant First Choice's use of the 2008 Welcome Packet
26 does not constitute fair use of the copyrighted material.
27   2.   QSS's copyright in the 2008 Welcome Packet, U.S. Copyright
28 Office Registration Number TX 6-895-348, is valid and enforceable.  QSS did not

obtain this copyright registration by fraud on the Copyright Office, and QSS has not engaged in misuse of copyright by tying use of its copyrighted work to an agreement by another party to forebear from doing business with QSS's competitors.

3. This action is hereby dismissed with prejudice as to both the claim for copyright infringement and as to the claim for breach of contract.

4. This Court has jurisdiction over the parties and over the subject matter of this dispute and shall retain continuing subject matter and personal jurisdiction for the purposes of construing or enforcing the terms of this Final Judgment, or for resolving any dispute arising thereunder.

5. Each party shall bear its own attorneys' fees, expert fees, costs and disbursements.

6. There shall be no appeal herefrom.

SO ORDERED:

DATED: May 21, 2009

*/s/ David O. Carter*

Hon. David O. Carter
United States District Judge

Entry of the foregoing Final Judgment by Consent is hereby consented to by:

DATED: May 13, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Jon Steiger
Attorneys for Plaintiff

DATED: May 13, 2009        TURNER GREEN LLP

By_____
Peter R. Afrasiabi
Attorneys for Defendants